# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Miguel Loria,

      Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:10-cv-622
                                                  3:08-cr-233-2

USA,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2011 Order.

                                                      Signed: May 10, 2011

                                                      Frank G. Johns, Clerk
                                                      United States District Court